1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
9                            AT SEATTLE

10   PRIMERICA LIFE INSURANCE                 Case No. 09-cv-0108-RAJ
     COMPANY, a Massachusetts corporation,
11
                     Plaintiff,               ORDER ON PLAINTIFF'S MOTION FOR
12                                            SUMMARY JUDGMENT
            v.
13
     ESTATE OF DAVID W. GRIM; and DEBRA
14   A. CANADY, a Washington citizen;

15                   Defendants.

16

17          The Court, having reviewed the Report and Recommendation of United States

18   Magistrate Judge James P. Donohue, the governing law and balance of the record, does hereby

19   find and ORDER:

20          (1)     The Court adopts the Report and Recommendation.

21          (2)     Defendant Debra A. Canady is in default, as she has been served, but has failed

22                  to answer or otherwise respond.

23          (3)     Plaintiff's motion for summary judgment, Dkt. No. 8, is GRANTED.

24                  Accordingly, after Primerica pays the proceeds of Mr. Grim's life insurance

25                  policy, plus interest at the statutory rate, less Primerica's attorney's fees and

26                  costs of $2,000, into the registry of the Court, Plaintiff will be discharged from

     ORDER
     PAGE - 1

any future liability regarding the policy proceeds. The Grim Estate and Ms. Canady will be enjoined from pursuing any further claims regarding the policy proceeds against Primerica or its agents. The Clerk is directed to release the policy proceeds paid into the court's registry by Primerica to the Grim Estate.

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

IT IS SO ORDERED.

DATED this 13th day of October, 2009.

The Honorable Richard A. Jones
United States District Judge